IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Ivan L. Brooks,
Plaintiff

-vs-

Lorain County Jail,
Defendant(s)

CASE NO. 1:20 CV 2384

JUDGE BOYKO

MAG. JUDGE BAUGHMAN

COMPLAINT

FILED OCT 19 2020

1. Jurisdiction

42 U.S.C. 1983 - Civil Rights

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Ivan L. Brooks

Address 9896 S. Murray Ridge Rd. Elyria, OH. 44035

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Lorain County Jail is employed as Holding Facility at 9896 S. Murray Ridge Rd. Elyria, OH. 44035

C. Additional Defendants

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

1. Plaintiff Has been incarcerated at the Lorain County Jail since April 1, 2019. On April 20, 2020, The Defendants started Rejecting incoming Mail to Inmates, do to a Policy Change. After having Mail rejected, The Plaintiff Spoke to Sgt. Metler and explained that other than His Attorney His family and friends was His only source of legal assistance and Prohibiting Mail From Them almost Makes it impossible to Defend Himself Properly, especially due to the Covid 19 Pandemic. Plaintiff was then told by Sgt. Metler that it was above His pay grade. Plaintiff then

- 4 -

(Statement of Claim Continued)

wrote a Grievance to the O.I.C. explaining that what the Defendants were doing is Mail Tampering, Invasion of Privacy and denying Access to the Courts, which is Illegal and violates the Plaintiffs Civil and Constitutional Rights to Freedom of Speech, Assembly and Association. The Plaintiff then took the Next Step in the Grievance Procedure with the Same results from AJA Gordon the Jail Administrator and being Ignored by Lt. Crum and Chief Deputy Cavanaugh until all Remedies were exhausted. 2. Defendants Denying Incoming Mail from Plaintiffs Family and Friends denies Plaintiff of a Fundamental Right and Access of the courts, due to the Plaintiff being a Pre-trial Detainee and the Facility not having an adequate law library or Legal Assistance, which violates Plaintiffs Due Process. Depriving Pre-trial Detainees from properly Communicating with Family and Friends or Prohibiting Family and Friends from Sending legal Material is a Clear violation of Plaintiffs Rights. 3. No one under the Color of law Shall deprive another of Freedoms guaranteed by the United States Constitution. As Mandated by federal and state law, Jail Inmates and Prisoners do not lose all liberties by the fact of Their Incarceration in a County Jail or State Prison. They do not lose the Rights such as, Receiving Mail, Accessing telephones, Taking Showers receiving visitors and Receiving Medical Care. The Defendants has caused the Plaintiff Mental and Emotional distress and has shown total disregard for Plaintiffs Rights.

- 5 -

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

1. This Court to Prohibit the Defendant, Their Employees or Associates from initiating Retaliatory action in the form of harassment against Plaintiff for the filing of this action.
2. Compasatory Damages in the Amount of $10,000
3. Punitive Damages in the Amount of $50,000
4. The Cost of this Suit.
5. Any other action this Court deems just, proper, and equitable.
6. Trial by Jury

Signed this 28th day of September, 19 2020

I declare under penalty of perjury that the foregoing is true and correct.

9-28-20
(Date)

(Signature of Plaintiff)